**Petition for Writ of Mandamus Dismissed as Moot and Memorandum Opinion filed September 13, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00793-CV

## IN RE LLOYD WAYNE OLIVER, Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS

---

## MEMORANDUM OPINION

On September 4, 2012, relator Lloyd Wayne Oliver filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel Lane Lewis, Harris County Democratic Party Chair and Gilberto Hinojosa, Texas Democratic Party Chair, to restore his name to the general election ballot.

On September 5, 2012, relator filed a motion to dismiss the petition as moot. The motion is granted.

Accordingly, the petition for writ of mandamus is ordered dismissed as moot.

PER CURIAM

Panel consists of Justices Frost, Seymore, and McCally.